**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **LAPRENA BROWN,**<br><br>Plaintiff,<br><br>v.<br><br>**FEDERAL HOME LOAN MORTGAGE CORPORATION,**<br><br>Defendant. | No. 25 C 3965<br><br>Hon. Matthew F. Kennelly |

**UNCONTESTED MOTION FOR SUBSTITUTION**
**AND WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiff Laprena Brown and the undersigned attorneys hereby move this Court for leave to withdraw Nathan A. Cummings of the Shriver Center on Poverty Law, and to substitute Peter J. Luck of Beyond Legal Aid, as Plaintiff's counsel. In support, the movants state:

1. Mr. Cummings is currently counsel of record for Plaintiff Brown in this case. *See* Dkt. 7. Mr. Luck is counsel of record for the plaintiffs in a related case also pending before this Court, *Antwine et al. v. Ansonia Property Management, LLC et al. See* Dkt. 7 in No. 25 C 4571 (N.D. Ill.). Plaintiffs in the aforementioned cases are to file an amended consolidated complaint by July 8, 2025. *See* Dkt. 21 in No. 25 C 2211 (N.D. Ill.).

2. Plaintiff wishes to substitute Mr. Luck for Mr. Cummings as her attorney in this matter. Mr. Luck is familiar with these proceedings through his participation in the related litigation, and his substitution as counsel for Plaintiff will not delay these proceedings or prejudice any party.

3. Plaintiffs' counsel have conferred with counsel for Defendant Federal Home Loan Mortgage Corporation, who have indicated they do not object to this motion.

WHEREFORE, the undersigned respectfully request this Court to allow the substitution of Peter J. Luck for Nathan A. Cummings as counsel of record and that Mr. Cummings be terminated and removed from the service list as counsel for Plaintiff.

Dated: June 27, 2025

Respectfully submitted,

*/s/ Nathan A. Cummings*
Nathan Cummings
Shriver Center on Poverty Law
67 E. Madison St., Ste. 2000
(312) 600-5898
nathancummings@povertylaw.org

*/s/ Peter J. Luck*
Peter J. Luck
Beyond Legal Aid
17 N. State Street #1380
Chicago, IL 60602
(312) 999-0056
pluck@beyondlegalaid.org

Laprena Brown
Plaintiff Laprena Brown